Jeffrey C. Block, *pro hac vice to be filed*
Jacob A. Walker (SBN 271217)
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

*Attorneys for Plaintiff Jeffrey Toole*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TOOLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC., and MAX LEVCHIN,<br><br>Defendants. | Case No. 3:22-cv-01243<br><br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF ADMINISTRATIVE MOTION TO STRIKE POMERANTZ LLP'S PSLRA NOTICE** |

I, Jacob A. Walker, declare as follows:

I am an attorney with the law firm of Block & Leviton LLP and am counsel for Plaintiff Jeffrey Toole in the case *Toole v. Affirm Holdings, Inc.*, No. 3:22-cv-01243 (N.D. Cal.). I am licensed to practice law in the State of California and am admitted to practice before this Court. I make this declaration in support of Mr. Toole's Administrative Motion to Strike Pomerantz LLP's PSLRA Notice.

1. Pursuant to Civil L.R. 7-11(a), the undersigned conferred with counsel for Matthew Whitcomb and counsel for Defendants.

2. On April 7, 2022, I spoke over the telephone with counsel for Defendants, who indicated that they did not yet take any position on Mr. Toole's motion but would continue to evaluate it.

3. On April 7, 2022, I also spoke over the telephone with counsel for Whitcomb, who communicated that they intend to oppose Mr. Toole's motion.

4. This declaration is submitted in conjunction with a proposed order and in lieu of a stipulation as required by Civil L.R. 7-11(a).

April 7, 2022                                     /s/ Jacob A. Walker
                                                  Jacob A. Walker (SBN 271217)

DECLARATION OF JACOB A. WALKER                    2
CASE NO. 3:22-CV-01243