Case 3:22-cv-01243-VC   Document 17-1   Filed 04/29/22   Page 1 of 2

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Birgul Arslan*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TOOLE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AFFIRM HOLDINGS, INC., and MAX LEVCHIN, <br><br> Defendants. | Case No.: 3:22-cv-01243-VC <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT BIRGUL ARSLAN'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL** <br><br> Date:         June 9, 2022 <br> Time:        2:30 p.m. <br> Courtroom:  5-17th Floor <br> Judge:       Hon. Vince Chhabria |
| MATTHEW WHITCOMB, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AFFIRM HOLDINGS, INC., MAX LEVCHIN, and MICHAEL LINFORD, <br><br> Defendants. | Case No.: 3:22-cv-02099-RS |

DECLARATION OF ADAM M. APTON IN SUPPORT BIRGUL ARSLAN'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.       I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Birgul Arslan ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Selection of Counsel. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification signed by Movant.

3.       Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of her investment in Affirm Holdings, Inc.

4.       Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on February 28, 2022 on *Globe Newswire* announcing the pendency of the first-filed action.

6.       Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of her lead plaintiff motion.

7.       Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 29th day of April, 2022.

*/s/ Adam M. Apton*
Adam M. Apton