# EXHIBIT B

| Client Name | Birgul Arslan |
|---|---|
| Company Name | Affirm Holdings, Inc. |
| Ticker Symbol | AFRM |
| Security Type | |
| Class Period Start | 02-12-2021 |
| Class Period End | 02-10-2022 |
| 90-DAY Lookback Period Start | 02-11-2022 |
| 90-DAY Lookback Period End | 04-29-2022 |
| 90-DAY Lookback Average | $ 37.42 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $145,236.06 |
| DURA LIFO* Total | $145,236.06 |
| Gross Shares Purchased | 7,330 |
| Net Shares Retained | 2,100 |
| Net Funds Expended | $223,823.89 |

### Birgul Arslan

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-04-2021 | 230 | 107.5 | $ 24,725.00 | 10-06-2021 | 230 | | $ 116.50 | $ 26,795.00 | - | - | - | $ 37.42 | | -$ 2,070.00 | -$ 2,070.00 |
| 11-10-2021 | 28 | 147.48 | $ 4,129.44 | 11-10-2021 | 28 | | $ 153.69 | $ 4,303.32 | - | - | - | $ 37.42 | | -$ 173.88 | -$ 173.88 |
| 11-10-2021 | 43 | 147.49 | $ 6,342.07 | 11-10-2021 | 43 | | $ 153.69 | $ 6,608.67 | - | - | - | $ 37.42 | | -$ 266.60 | -$ 266.60 |
| 11-10-2021 | 28 | 147.49 | $ 4,129.72 | 11-10-2021 | 28 | | $ 153.69 | $ 4,303.32 | - | - | - | $ 37.42 | | -$ 173.60 | -$ 173.60 |
| 11-10-2021 | 99 | 147.5 | $ 14,602.50 | 11-10-2021 | 99 | | $ 153.60 | $ 15,206.40 | - | - | - | $ 37.42 | | -$ 603.90 | -$ 603.90 |
| 11-10-2021 | 1 | 147.5 | $ 147.50 | 11-10-2021 | 1 | | $ 153.69 | $ 153.69 | - | - | - | $ 37.42 | | -$ 06.19 | -$ 06.19 |
| 11-10-2021 | 50 | 147.53 | $ 7,376.50 | 11-10-2021 | 50 | | $ 153.60 | $ 7,680.00 | - | - | - | $ 37.42 | | -$ 303.50 | -$ 303.50 |
| 11-10-2021 | 50 | 147.54 | $ 7,377.00 | 11-10-2021 | 50 | | $ 153.60 | $ 7,680.00 | - | - | - | $ 37.42 | | -$ 303.00 | -$ 303.00 |
| 11-10-2021 | 28 | 147.55 | $ 4,131.40 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 169.40 | -$ 169.40 |
| 11-10-2021 | 28 | 147.63 | $ 4,133.64 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 167.16 | -$ 167.16 |
| 11-10-2021 | 28 | 147.69 | $ 4,135.32 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 165.48 | -$ 165.48 |
| 11-10-2021 | 50 | 147.72 | $ 7,386.00 | 11-10-2021 | 50 | | $ 153.60 | $ 7,680.00 | - | - | - | $ 37.42 | | -$ 294.00 | -$ 294.00 |
| 11-10-2021 | 28 | 147.75 | $ 4,137.00 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 163.80 | -$ 163.80 |
| 11-10-2021 | 28 | 147.81 | $ 4,138.68 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 162.12 | -$ 162.12 |
| 11-10-2021 | 200 | 147.83 | $ 29,566.00 | 11-10-2021 | 200 | | $ 153.60 | $ 30,720.00 | - | - | - | $ 37.42 | | -$ 1,154.00 | -$ 1,154.00 |
| 11-10-2021 | 28 | 147.87 | $ 4,140.36 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 160.44 | -$ 160.44 |
| 11-10-2021 | 28 | 147.93 | $ 4,142.04 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 158.76 | -$ 158.76 |
| 11-10-2021 | 100 | 147.95 | $ 14,795.00 | 11-10-2021 | 100 | | $ 153.60 | $ 15,360.00 | - | - | - | $ 37.42 | | -$ 565.00 | -$ 565.00 |
| 11-10-2021 | 28 | 147.99 | $ 4,143.72 | 11-10-2021 | 28 | | $ 153.60 | $ 4,300.80 | - | - | - | $ 37.42 | | -$ 157.08 | -$ 157.08 |
| 11-10-2021 | 100 | 148 | $ 14,800.00 | 11-10-2021 | 100 | | $ 153.60 | $ 15,360.00 | - | - | - | $ 37.42 | | -$ 560.00 | -$ 560.00 |
| 11-10-2021 | 27 | 148 | $ 3,996.00 | 11-10-2021 | 27 | | $ 153.60 | $ 4,147.20 | - | - | - | $ 37.42 | | -$ 151.20 | -$ 151.20 |
| 11-11-2021 | 1000 | 147.9 | $ 147,900.00 | 11-11-2021 | 1000 | | $ 154.01 | $ 154,010.00 | - | - | - | $ 37.42 | | -$ 6,110.00 | -$ 6,110.00 |
| 11-15-2021 | 1000 | 144.72 | $ 144,720.00 | 11-18-2021 | 1000 | | $ 147.00 | $ 147,000.00 | - | - | - | $ 37.42 | | -$ 2,280.00 | -$ 2,280.00 |
| 11-18-2021 | 1000 | 145.5 | $ 145,500.00 | 11-18-2021 | 1000 | | $ 145.51 | $ 145,510.00 | - | - | - | $ 37.42 | | -$ 10.00 | -$ 10.00 |
| 11-22-2021 | 1000 | 133 | $ 133,000.00 | 11-26-2021 | 1000 | | $ 135.27 | $ 135,270.00 | - | - | - | $ 37.42 | | -$ 2,270.00 | -$ 2,270.00 |
| 12-01-2021 | 1000 | 130 | $ 130,000.00 | | | | | | - | 1000 | 1000 | $ 37.42 | $ 37,422.78 | $ 92,577.22 | $ 92,577.22 |
| 12-01-2021 | 300 | 120.5 | $ 36,150.00 | | | | | | - | 300 | 300 | $ 37.42 | $ 11,226.83 | $ 24,923.17 | $ 24,923.17 |
| 12-01-2021 | 50 | 116.84 | $ 5,842.00 | | | | | | - | 50 | 50 | $ 37.42 | $ 1,871.14 | $ 3,970.86 | $ 3,970.86 |
| 12-03-2021 | 150 | 106 | $ 15,900.00 | | | | | | - | 150 | 150 | $ 37.42 | $ 5,613.42 | $ 10,286.58 | $ 10,286.58 |
| 12-06-2021 | 100 | 97.77 | $ 9,777.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 6,034.72 | $ 6,034.72 |
| 12-15-2021 | 100 | 107.84 | $ 10,784.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 7,041.72 | $ 7,041.72 |
| 12-21-2021 | 100 | 103.2 | $ 10,320.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 6,577.72 | $ 6,577.72 |
| 12-23-2021 | 100 | 98.5 | $ 9,850.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 6,107.72 | $ 6,107.72 |
| 01-21-2022 | 100 | 58.53 | $ 5,853.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 2,110.72 | $ 2,110.72 |
| 02-10-2022 | 100 | 79.47 | $ 7,947.00 | | | | | | - | 100 | 100 | $ 37.42 | $ 3,742.28 | $ 4,204.72 | $ 4,204.72 |
| Total: | 7,330 | | $986,017.89 | | 5,230 | | | $762,194.00 | | 2,100 | 2,100 | | $78,587.83 | $145,236.06 | $145,236.06 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.