# EXHIBIT C

# BLOCK & LEVITON LLP

*Source:* Block & Leviton LLP

*February 28, 2022 16:38 ET*

# Block & Leviton LLP Has Filed a Lawsuit Against Affirm Holdings, Inc. for Securities Law Violations

BOSTON, Feb. 28, 2022 (GLOBE NEWSWIRE) -- Block & Leviton LLP ([www.blockleviton.com](www.blockleviton.com)), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Affirm Holdings, Inc. (NASDAQ: AFRM) and certain of its executives for securities fraud. The complaint was brought in United States District Court for the Northern District of California and is captioned *Jeffrey Toole v. Affirm Holdings, Inc.*, No. 3:22-cv-01243 (N.D. Cal.) and is brought on behalf of investors that incurred damages on their purchases in Affirm common stock on February 10, 2022 after the Company sent a Tweet concerning its Second Quarter 2022 financial results at approximately 1:15 p.m. EST (the "Class Period").

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Affirm shares on February 10, 2022 after the Company sent a Tweet concerning its Second Quarter 2022 financial results at approximately 1:15 p.m. EST and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](mailto:cases@blockleviton.com), or to visit our [website](website) for information on the case.

The deadline to seek appointment as lead plaintiff is April 29, 2022.

### What is this all about?

Affirm offers "buy now, pay later" or "BNPL" services to consumers through its platform, representing itself as "a more flexible and transparent alternative to credit cards."

On February 10, 2022 at approximately 1:15 p.m., Affirm issued a Tweet from its official account in which the Company disclosed certain metrics from its second quarter 2022 financial results. The Tweet, which was published prior to the Company's planned release of its financial results, portrayed a highly successful quarter, which included an increase in revenue of 77%. This caused Affirm's share price to spike nearly 10% in intra-day trading.

The Tweet was materially misleading, in that it omitted to disclose the full details of Affirm's second quarter financial results.

Affirm deleted the Tweet and released its full second quarter financial results ahead of schedule. The full financial results were lackluster – with the Company posting a loss of $0.57 per share, compared with analyst expectations of $0.37 per share.

On this news, Affirm's share price plummeted from an intra-day high of $83.57 per share to close at $58.68 per share, or approximately 32%.

If you purchased or acquired Affirm shares on February 10, 2022 after the Company sent a Tweet concerning its Second Quarter 2022 financial results at approximately 1:15 p.m. EST and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](mailto:cases@blockleviton.com), or visit our [website](website). The deadline to seek appointment as lead plaintiff is April 8, 2022.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com