# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Birgul Arslan*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TOOLE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC., and MAX LEVCHIN,<br><br>Defendants. | Case No.: 3:22-cv-01243-VC<br><br>**DECLARATION OF BIRGUL ARSLAN IN SUPPORT OF HER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:         June 9, 2022<br>Time:         2:30 p.m.<br>Courtroom:  5-17th Floor<br>Judge:        Hon. Vince Chhabria |
| MATTHEW WHITCOMB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC., MAX LEVCHIN, and MICHAEL LINFORD,<br><br>Defendants. | Case No.: 3:22-cv-02099-RS |

DECLARATION OF BIRGUL ARSLAN IN SUPPORT OF HER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Birgul Arslan, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Affirm Holdings, Inc. ("Affirm" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Succasunna, New Jersey. I possess a high school diploma. I am currently employed as a marketing support manager for Bank of America. I have been investing in securities for five years.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

DECLARATION OF BIRGUL ARSLAN IN SUPPORT OF HER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed:

Name: Birgul Arslan

Date: 4/29/2022

DECLARATION OF BIRGUL ARSLAN IN SUPPORT OF HER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF