MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
JAYVAN E. MITCHELL, SBN 322007
jmitchell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile:  303.298.5907

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Toole, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC., and MAX LEVCHIN,<br><br>Defendants. | CASE NO. 3:22-cv-01243-VC<br><br>**DECLARATION OF MONICA K. LOSEMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*[Civil L.R. 3-12, 7-11]*<br><br>Judge Vince Chhabria<br>Courtroom 5, 17th Floor<br><br>CASE NO. 3:22-CV-02507-MMC<br><br>**PROPOSED CASE TO BE RELATED**<br><br>Assigned to: Judge Maxine M. Chesney<br>Courtroom 7, 19th Floor |

DECLARATION OF MONICA K. LOSEMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-01243-VC & CASE NO. 3:22-cv-02507-MMC

I, Monica K. Loseman, declare and state as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of California and before this Court.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for representing Defendants Affirm Holdings, Inc., Max Levchin, Jeremy Liew, Libor Michalek, Jenny J. Ming, Christa S. Quarles, Keith Rabois, Jacqueline D. Reses, James D. White, and Michael Linford ("Defendants"), in the proposed related case, *Vallieres v. Levchin*, Case No. 3:22-cv-02507-MMC.  I make this declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related.  I am personally familiar with the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2.      Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on May 18, 2022, I contacted counsel for the Plaintiff in the *Vallieres* action to inquire whether Plaintiff would oppose relating *Vallieres* to *Toole v. Affirm Holdings, Inc.*, Case No. 3:22-cv-01243-VC.

3.      On May 24, 2022, counsel for Plaintiff informed me, via e-mail, that Plaintiff does not oppose Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 26, 2022, at Denver, Colorado.


                                        /s/ Monica K. Loseman
                                        Monica K. Loseman

Gibson, Dunn &
Crutcher LLP

2
DECLARATION OF MONICA K. LOSEMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-01243-VC & CASE NO. 3:22-cv-02507-MMC