MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
JAYVAN E. MITCHELL, SBN 322007
jmitchell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile:  303.298.5907

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Toole, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>AFFIRM HOLDINGS, INC., and MAX LEVCHIN,<br><br>                Defendants. | CASE NO. 3:22-cv-01243-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*[Civil L.R. 3-12, 7-11]*<br><br>Judge Vince Chhabria<br>Courtroom 5, 17th Floor<br><br>CASE NO. 3:22-CV-02507-MMC<br><br>**PROPOSED CASE TO BE RELATED**<br><br>Assigned to: Judge Maxine M. Chesney<br>Courtroom 7, 19th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-01243-VC & CASE NO. 3:22-cv-02507-MMC

**[PROPOSED] ORDER**

On May 25, 2022, Defendants Affirm Holdings, Inc., and Max Levchin ("Defendants") filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 in the above-captioned action.  Defendants moved the Court to determine that *Vallieres v. Levchin*, Case No. 3:22-cv-02507-MMC (N.D. Cal.) is related to *Toole v. Affirm Holdings, Inc.*, Case No. 3:22-cv-01243-VC (N.D. Cal.), which was pending before this Court.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Having reviewed the papers in both *Vallieres* and *Toole*, the Court finds that the two actions are "related" as defined in Civil Local Rule 3-12(a) and **ORDERS** that they be deemed "related."

The Clerk shall reassign the *Vallieres* action to this Court and shall notify the parties and the Honorable Maxine M. Chesney accordingly.  *See* Civil L.R. 3-12(f)(3).  The Parties are instructed that all future filings in the reassigned case are to bear the initials "VC."  Under Civil Local Rule 3-12(g), any dates for hearing noticed motions in *Vallieres* are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and the case management conference will be rescheduled by the newly assigned judge, and the parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**


DATED: _____                    _____
                                            Honorable Vince Chhabria
                                            United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-01243-VC & CASE NO. 3:22-cv-02507-MMC

Gibson, Dunn & Crutcher LLP