**GIBSON, DUNN & CRUTCHER LLP**
MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
JAYVAN E. MITCHELL, SBN 322007
jmitchell@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
1801 California Street
Suite 4200
Denver, CO  80202-2642
Telephone: 303.298.5700
Facsimile:  303.298.5907

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY TOOLE, Individually and on Behalf of All Others Similarity Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC. and MAX LEVCHIN,<br><br>Defendants. | CASE NO. 3:22-cv-01243-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>Judge Vince Chhabria<br>Courtroom 5, 17th Floor |

1.      WHEREAS on June 9, 2022, the Court instructed the parties to file a proposed schedule regarding the Motion to Dismiss that culminates in a hearing in the latter half of September with a Case Management Conference to be set 2–3 weeks after.  ECF No. 66.

2.      WHEREAS on June 16, 2022, the parties conferred and agreed to a schedule for the Motion to Dismiss and Case Management Conference pursuant to the Court's June 9, 2022 Order (ECF No. 66).

STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS AND
CASE MANAGEMENT CONFERENCE SCHEDULE
CASE NO. 3:22-CV-01243-VC

3.    IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiffs and Defendants Affirm Holdings, Inc. and Max Levchin, by and through their respective counsel of record, that the schedule for the Motion to Dismiss and Case Management Conference shall be as follows:

| Event | Deadline |
|---|---|
| Last day to file Consolidated Complaint | July 5, 2022 |
| Last day to file Motion to Dismiss | August 1, 2022 |
| Last day to file Opposition to Motion to Dismiss | August 26, 2022 |
| Last day to file Reply in Support of Motion to Dismiss | September 15, 2022 |
| Hearing on Motion to Dismiss | September 29, 2022 |
| Case Management Conference | October 20, 2022 |

Dated: June 17, 2022

GIBSON, DUNN & CRUTCHER LLP


By:  /s/ *Michael D. Celio*
     Michael D. Celio


*Attorneys for Defendants*


Dated: June 17, 2022


ROBBINS GELLER RUDMAN & DOWD LLP


By:  /s/ *Jason C. Davis*
     Jason C. Davis


*Lead Counsel for Plaintiffs*

2

Gibson, Dunn &
Crutcher LLP

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: June 21, 2022

_____

HON.          CHHABRIA

Judge Vince Chhabria

IT IS SO ORDERED

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS AND
CASE MANAGEMENT CONFERENCE SCHEDULE
CASE NO. 3:22-CV-01243-VC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Date: June 17, 2022

*/s/ Michael D. Celio*
Michael D. Celio

STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS AND
CASE MANAGEMENT CONFERENCE SCHEDULE
CASE NO. 3:22-CV-01243-VC

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  June 17, 2022.

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Michael D. Celio*
     Michael D. Celio

*Attorneys for Defendants*

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS AND
CASE MANAGEMENT CONFERENCE SCHEDULE
CASE NO. 3:22-CV-01243-VC