UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TOOLE,<br><br>      Plaintiff,<br><br>v.<br><br>AFFIRM HOLDINGS, INC., et al.,<br><br>      Defendant. | 22-cv-01243-VC<br><br>**JUDGMENT** |

The Court dismissed this case with leave to amend on September 28, 2022. Dkt. No. 78. No amended complaint was filed by the deadline. Thus, the Court now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  October 20, 2022

_____
VINCE CHHABRIA
United States District Judge